Kathy E. FERNAND, Petitioner,

v.

DEPARTMENT OF the TREASURY, Respondent.

No. 06-3082.

United States Court of Appeals, Federal Circuit.

Dec. 8, 2006.

Rehearing Denied Feb. 15, 2007.

MAYER, BRYSON, and DYK, Circuit Judges.

### Judgment

PER CURIAM:

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.

SNR ROULEMENTS, Plaintiff,

and

Koyo Seiko Co., Ltd. and Koyo Corporation of U.S.A., Plaintiffs–Appellants,

and

NSK Corporation, NSK Bearings Europe, Ltd., and NSK Ltd., Plaintiffs,

and

NTN Corporation, NTN Bearing Corporation of America, American NTN Bearing Manufacturing Corporation, NTN–Driveshaft, Inc., and NTN Bower Corporation, Plaintiffs–Appellants,

and

NTN–BCA Corporation, Plaintiff,

and

INA Schaeffler KG and INA USA Corporation, Plaintiffs,

v.

UNITED STATES, Defendant–Appellee,

and

The Torrington Company (now known as Timken U.S. Corporation), Defendant–Appellee.

Nos. 05-1297, 05-1323.

United States Court of Appeals, Federal Circuit.

Dec. 8, 2006.

Rehearing Denied Feb. 6, 2007.

RADER, Circuit Judge, ARCHER, Senior Circuit Judge, and PROST, Circuit Judge.

### JUDGMENT

PER CURIAM.

This CAUSE having been heard and considered it is ORDERED and AD-JUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.

Kirk R. CARTER, Jr., Petitioner,

v.

**OFFICE OF PERSONNEL MANAGEMENT, Respondent.**

No. 06–3111.

United States Court of Appeals, Federal Circuit.

Dec. 8, 2006.

RADER, Circuit Judge, ARCHER, Senior Circuit Judge, and PROST, Circuit Judge.

### JUDGMENT

PER CURIAM.

This CAUSE having been heard and considered it is ORDERED and AD-JUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.

**In re: Sharp Kabushiki KAISHA (also trading as Sharp Corporation).**

No. 2006–1322.

United States Court of Appeals, Federal Circuit.

Dec. 12, 2006.

MAYER, SCHALL, and GAJARSA, Circuit Judges.

### Judgment

PER CURIAM:

This CAUSE having been heard and considered, it is ORDERED and AD-JUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.

**MONSTER CABLE PRODUCTS, INC., Plaintiff–Appellant,**

v.

**The QUEST GROUP (doing business as Audioquest), Defendant–Cross Appellant.**

Nos. 06–1111, 06–1112.

United States Court of Appeals, Federal Circuit.

Dec. 13, 2006.

Ian N. Feinberg, Michael A. Molano, Donald M. Falk, Joshua M. Masur, Mayer